Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−13919−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Thomas Patrick Darby
232 Doremus Avenue
Ridgewood, NJ 07450−4242

Audrey Marie Darby
232 Doremus Avenue
Ridgewood, NJ 07450−4242

Social Security No.:
xxx−xx−4406                    xxx−xx−4909

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Rosemary Gambardella on:

Date:       5/1/18
Time:       10:00 AM
Location:   Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Norgaard O'Boyle, Debtor's Attorney

COMMISSION OR FEES
fee: $1203.00,

EXPENSES
expenses: $9.92.

Creditors may be heard before the applications are determined.

In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).

Dated: April 5, 2018
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 18-13919-RG
Thomas Patrick Darby                                                  Chapter 13
Audrey Marie Darby
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2           Date Rcvd: Apr 05, 2018
                              Form ID: 137             Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 07, 2018.
```
db/jdb          Thomas Patrick Darby,    Audrey Marie Darby,    232 Doremus Avenue,    Ridgewood, NJ  07450-4242
517359993       ACN Communications,    1000 Progress Pl,    Concord, NC  28025-2449
517359994       Chase Auto Finance,    PO Box 901003,    Fort Worth, TX  76101-2003
517379774      +FV-I, Inc. Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
517359997       Fay Servicing, LLC,    440 S La Salle St Ste 2000,    Chicago, IL  60605-5011
517359999       Lynette Joy Goodman,    33-11 Broadway Ste 206,    Fair Lawn, NJ  07410-4638
517360000       Milstead & Assoc.,    1 E Stow Rd,    Marlton, NJ  08053-3118
517360002       NJ E-ZPass Violations Processing Center,    PO Box 4971,    Trenton, NJ  08650-4971
517360003       NY E-ZPass Violation Processing Unit,    PO Box 15186,    Albany, NY  12212-5186
517360001       New Liberty Loans Pawn Shop,    67 W 47th St,    New York, NY  10036-8296
517360004       Oradell Animal Hospital,    580 Winters Ave,    Paramus, NJ  07652-3902
517360005       Specialized Loan Services,    8742 Lucent Blvd Ste 300,    Highlands Ranch, CO  80129-2386
517360006       State of NJ-Division of Taxation,    Revenue Processing Center,    PO Box 193,
                 Trenton, NJ  08646-0193
517360007       The Port Authority of NY & NJ,    Violations Processing Center,    PO Box 15186,
                 Albany, NY  12212-5186
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Apr 05 2018 23:28:15      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 05 2018 23:28:10      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ  07102-5235
cr             +E-mail/PDF: gecsedi@recoverycorp.com Apr 05 2018 23:26:24
                 Synchrony Bank c/o PRA Receivables Management, LLC,    PO BOX 41021,    Norfolk, VA  23541-1021
517359995       E-mail/Text: info@cenj.com Apr 05 2018 23:28:00      Commission Express,    PO Box 354,
                 Gladstone, NJ  07934-0354
517359996       E-mail/Text: bankruptcy_notifications@ccsusa.com Apr 05 2018 23:29:10
                 Credit Collection Service,    PO Box 710,    Norwood, MA  02062-0710
517359998       E-mail/Text: cio.bncmail@irs.gov Apr 05 2018 23:27:37      IRS-Centralized Insolvency Operations,
                 PO Box 7346,    Philadelphia, PA  19101-7346
517364084      +E-mail/PDF: gecsedi@recoverycorp.com Apr 05 2018 23:26:03      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA  23541-1021
                                                                                                TOTAL: 7
```

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 07, 2018                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 4, 2018 at the address(es) listed below:
```
              Brian Gregory Hannon    on behalf of Joint Debtor Audrey Marie Darby bhannon@norgaardfirm.com,
               sferreira@norgaardfirm.com;crose@norgaardfirm.com;184grandno@gmail.com
              Brian Gregory Hannon    on behalf of Debtor Thomas Patrick Darby bhannon@norgaardfirm.com,
               sferreira@norgaardfirm.com;crose@norgaardfirm.com;184grandno@gmail.com
              Denise E. Carlon    on behalf of Creditor    FV-1, Inc. in trust for Morgan Stanley Mortgage
               Capital Holdings LLC dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Kevin Gordon McDonald    on behalf of Creditor    FV-1, Inc. in trust for Morgan Stanley Mortgage
               Capital Holdings LLC kmcdonald@blankrome.com,    bkgroup@kmllawgroup.com
              Kevin Gordon McDonald    on behalf of Creditor    PROF-2013-S3 Legal Title Trust IV, by U.S. Bank
               National Association, as Legal Title Trustee kmcdonald@blankrome.com,    bkgroup@kmllawgroup.com
```

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Apr 05, 2018
                              Form ID: 137             Total Noticed: 21
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
           Marie-Ann Greenberg    magecf@magtrustee.com
           U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 7