UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Norgaard O'Boyle
184 Grand Avenue
Englewood, NJ  07631
Phone: (201) 871-1333
Counsel to Debtors
By:  Brian G. Hannon, Esq. (BH - 3645)

Order Filed on May 4, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

THOMAS PATRICK DARBY and
AUDREY MARIE DARBY

Debtors.

Case No.:     18-13919

Chapter:     13

Judge:      RG

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: May 4, 2018**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Norgaard O'Boyle_____, the applicant, is allowed a fee of $ _____1,203.00_____ for services rendered and expenses in the amount of $_____9.92_____ for a total of $_____1,212.92_____ . The allowance is payable:

☒  through the Chapter 13 plan as an administrative priority.

☐  outside the plan.

The debtor's monthly plan is modified to require a payment of $_____n/a_____ per month for _____n/a_____ months to allow for payment of the above fee.

*rev.8/1/15*

2