UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Norgaard O'Boyle
184 Grand Avenue
Englewood, NJ  07631
Phone: (201) 871-1333
Counsel to Debtors
By:  Brian G. Hannon, Esq. (BH - 3645)

Order Filed on May 4, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

THOMAS PATRICK DARBY and
AUDREY MARIE DARBY

Debtors.

Case No.:     18-13919

Chapter:     13

Judge:     RG

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: May 4, 2018**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Norgaard O'Boyle_____, the applicant, is allowed a fee of $ _____1,203.00_____ for services rendered and expenses in the amount of $_____9.92_____ for a total of $_____1,212.92_____ . The allowance is payable:

    ☒ through the Chapter 13 plan as an administrative priority.

    ☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____n/a_____ per month for _____n/a_____ months to allow for payment of the above fee.

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  
Thomas Patrick Darby  
Audrey Marie Darby  
    Debtors

Case No. 18-13919-RG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: May 07, 2018  
                     Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 09, 2018.  
db/jdb        Thomas Patrick Darby,     Audrey Marie Darby,     232 Doremus Avenue,     Ridgewood, NJ    07450-4242

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                           TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                             TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 09, 2018                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 7, 2018 at the address(es) listed below:  
         Brian Gregory Hannon     on behalf of Joint Debtor Audrey Marie Darby bhannon@norgaardfirm.com,  
    sferreira@norgaardfirm.com;crose@norgaardfirm.com;184grandno@gmail.com  
         Brian Gregory Hannon     on behalf of Debtor Thomas Patrick Darby bhannon@norgaardfirm.com,  
    sferreira@norgaardfirm.com;crose@norgaardfirm.com;184grandno@gmail.com  
         Denise E. Carlon     on behalf of Creditor     FV-1, Inc. in trust for Morgan Stanley Mortgage Capital Holdings LLC dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com  
         Kevin Gordon McDonald     on behalf of Creditor     FV-1, Inc. in trust for Morgan Stanley Mortgage Capital Holdings LLC kmcdonald@blankrome.com,    bkgroup@kmllawgroup.com  
         Kevin Gordon McDonald     on behalf of Creditor     PROF-2013-S3 Legal Title Trust IV, by U.S. Bank National Association, as Legal Title Trustee kmcdonald@blankrome.com,    bkgroup@kmllawgroup.com  
         Marie-Ann Greenberg     magecf@magtrustee.com  
         Melissa N. Licker     on behalf of Creditor     Fay Servicing, LLC, as servicer for PROF-2013-S3 Legal Title Trust IV, by U.S. Bank National Association, as Legal Title Trustee NJ_ECF_Notices@McCalla.com  
         U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov  
                                                                                  TOTAL: 8