Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18–13919–RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Thomas Patrick Darby                    Audrey Marie Darby
232 Doremus Avenue                      232 Doremus Avenue
Ridgewood, NJ 07450–4242                Ridgewood, NJ 07450–4242

Social Security No.:
   xxx–xx–4406                          xxx–xx–4909

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 02/28/2018 and a confirmation hearing on such Plan has been scheduled for 5/2/2018.

The debtor filed a Modified Plan on 05/22/2018 and a confirmation hearing on the Modified Plan is scheduled for 7/18/2018 at 09:00 AM. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: May 22, 2018
JAN: dmc

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:
Thomas Patrick Darby
Audrey Marie Darby
    Debtors

Case No. 18-13919-RG
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 2      Date Rcvd: May 22, 2018
    Form ID: 186      Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 24, 2018.
```
db/jdb          Thomas Patrick Darby,    Audrey Marie Darby,    232 Doremus Avenue,    Ridgewood, NJ  07450-4242
cr             +Fay Servicing, LLC, as servicer for PROF-2013-S3 L,    McCalla Raymer Leibert Pierce, LLC,
                 99 Wood Avenue South, Suite 803,    Iselin, NJ 08830-2713
517359993       ACN Communications,    1000 Progress Pl,    Concord, NC  28025-2449
517359994       Chase Auto Finance,    PO Box 901003,    Fort Worth, TX  76101-2003
517379774      +FV-I, Inc. Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
517359997       Fay Servicing, LLC,    440 S La Salle St Ste 2000,    Chicago, IL  60605-5011
517492822      +Fay Servicing, LLC,    Bankruptcy Department,    3000 Kellway Dr., Ste 150,
                 Carrollton, TX 75006-3357
517359999       Lynette Joy Goodman,    33-11 Broadway Ste 206,    Fair Lawn, NJ  07410-4638
517360000       Milstead & Assoc.,    1 E Stow Rd,    Marlton, NJ  08053-3118
517360002       NJ E-ZPass Violations Processing Center,    PO Box 4971,    Trenton, NJ  08650-4971
517360003       NY E-ZPass Violation Processing Unit,    PO Box 15186,    Albany, NY  12212-5186
517360001       New Liberty Loans Pawn Shop,    67 W 47th St,    New York, NY  10036-8296
517360004       Oradell Animal Hospital,    580 Winters Ave,    Paramus, NJ  07652-3902
517360005       Specialized Loan Services,    8742 Lucent Blvd Ste 300,    Highlands Ranch, CO  80129-2386
517360006       State of NJ-Division of Taxation,    Revenue Processing Center,    PO Box 193,
                 Trenton, NJ  08646-0193
517360007       The Port Authority of NY & NJ,    Violations Processing Center,    PO Box 15186,
                 Albany, NY  12212-5186
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 22 2018 23:04:39     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 22 2018 23:04:36     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr             +E-mail/PDF: gecsedi@recoverycorp.com May 22 2018 23:01:50
                 Synchrony Bank c/o PRA Receivables Management, LLC,    PO BOX 41021,    Norfolk, VA 23541-1021
517359995       E-mail/Text: info@cenj.com May 22 2018 23:04:29     Commission Express,    PO Box 354,
                 Gladstone, NJ  07934-0354
517359996       E-mail/Text: bankruptcy_notifications@ccsusa.com May 22 2018 23:05:20
                 Credit Collection Service,    PO Box 710,    Norwood, MA  02062-0710
517359998       E-mail/Text: cio.bncmail@irs.gov May 22 2018 23:04:06     IRS-Centralized Insolvency Operations,
                 PO Box 7346,    Philadelphia, PA  19101-7346
517364084      +E-mail/PDF: gecsedi@recoverycorp.com May 22 2018 23:02:37     Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517515535      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 22 2018 23:08:51     Verizon,
                 by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                               TOTAL: 8
```

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 24, 2018                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 22, 2018 at the address(es) listed below:
```
              Brian Gregory Hannon    on behalf of Joint Debtor Audrey Marie Darby bhannon@norgaardfirm.com,
               sferreira@norgaardfirm.com;crose@norgaardfirm.com;184grandno@gmail.com
              Brian Gregory Hannon    on behalf of Debtor Thomas Patrick Darby bhannon@norgaardfirm.com,
               sferreira@norgaardfirm.com;crose@norgaardfirm.com;184grandno@gmail.com
```

```
District/off: 0312-2          User: admin              Page 2 of 2            Date Rcvd: May 22, 2018
                              Form ID: 186             Total Noticed: 24
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Denise E. Carlon    on behalf of Creditor    FV-1, Inc. in trust for Morgan Stanley Mortgage Capital Holdings LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
        Kevin Gordon McDonald    on behalf of Creditor    FV-1, Inc. in trust for Morgan Stanley Mortgage Capital Holdings LLC kmcdonald@blankrome.com, bkgroup@kmllawgroup.com
        Kevin Gordon McDonald    on behalf of Creditor    PROF-2013-S3 Legal Title Trust IV, by U.S. Bank National Association, as Legal Title Trustee kmcdonald@blankrome.com, bkgroup@kmllawgroup.com
        Marie-Ann Greenberg    magecf@magtrustee.com
        Melissa N. Licker    on behalf of Creditor    Fay Servicing, LLC, as servicer for PROF-2013-S3 Legal Title Trust IV, by U.S. Bank National Association, as Legal Title Trustee NJ_ECF_Notices@McCalla.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

        TOTAL: 8