Form 186 – ntc13plnprior

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

    Case No.: 18–13919–RG
    Chapter: 13
    Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s)) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| Thomas Patrick Darby | Audrey Marie Darby |
|---|---|
| 232 Doremus Avenue | 232 Doremus Avenue |
| Ridgewood, NJ 07450–4242 | Ridgewood, NJ 07450–4242 |

Social Security No.:
xxx–xx–4406            xxx–xx–4909

Employer's Tax I.D. No.:

### NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 02/28/2018 and a confirmation hearing on such Plan has been scheduled for 5/2/2018.

The debtor filed a Modified Plan on 06/28/2018 and a confirmation hearing on the Modified Plan is scheduled for 8/1/2018 at 09:00 AM. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

    A full copy of the modified Plan will follow this notice.

Dated: June 28, 2018
JAN: dmc

                                                        Jeanne Naughton
                                                        Clerk