Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                        Case No.:  18−13919−RG
                        Chapter:  13
                        Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Thomas Patrick Darby                        Audrey Marie Darby
   232 Doremus Avenue                          232 Doremus Avenue
   Ridgewood, NJ 07450−4242               Ridgewood, NJ 07450−4242

Social Security No.:
   xxx−xx−4406                                    xxx−xx−4909

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

     NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Rosemary Gambardella on:

Date:     9/18/18
Time:    10:00 AM
Location:   Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

     The following applications for compensation have been filed:

APPLICANT(S)
Norgaard O'Boyle, Debtor's Attorney,

COMMISSION OR FEES
period: 3/10/2018 to 7/3/2018, fee: $5920.00

EXPENSES
$493.69

Creditors may be heard before the applications are determined.

     In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).

Dated: August 28, 2018
JAN:

Jeanne Naughton
Clerk

Case 18-13919-RG    Doc 56    Filed 08/30/18    Entered 08/31/18 00:34:17    Desc Imaged
Certificate of Notice    Page 2 of 4

United States Bankruptcy Court
District of New Jersey

In re:  
Thomas Patrick Darby  
Audrey Marie Darby  
    Debtors

Case No. 18-13919-RG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 2     Date Rcvd: Aug 28, 2018  
                Form ID: 137     Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 30, 2018.

```
db/jdb         Thomas Patrick Darby,    Audrey Marie Darby,    232 Doremus Avenue,    Ridgewood, NJ  07450-4242
cr            +Fay Servicing, LLC, as servicer for PROF-2013-S3 L,    McCalla Raymer Leibert Pierce, LLC,
               99 Wood Avenue South, Suite 803,    Iselin, NJ 08830-2713
517359993      ACN Communications,    1000 Progress Pl,    Concord, NC  28025-2449
517359994      Chase Auto Finance,    PO Box 901003,    Fort Worth, TX  76101-2003
517379774     +FV-I, Inc. Trustee (See 410),    c/o Specialized Loan Servicing LLC,
               8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
517359997      Fay Servicing, LLC,    440 S La Salle St Ste 2000,    Chicago, IL  60605-5011
517492822     +Fay Servicing, LLC,    Bankruptcy Department,    3000 Kellway Dr., Ste 150,
               Carrollton, TX 75006-3357
517359999      Lynette Joy Goodman,    33-11 Broadway Ste 206,    Fair Lawn, NJ  07410-4638
517360000      Milstead & Assoc.,    1 E Stow Rd,    Marlton, NJ  08053-3118
517360002      NJ E-ZPass Violations Processing Center,    PO Box 4971,    Trenton, NJ  08650-4971
517360003      NY E-ZPass Violation Processing Unit,    PO Box 15186,    Albany, NY  12212-5186
517360001      New Liberty Loans Pawn Shop,    67 W 47th St,    New York, NY  10036-8296
517360004      Oradell Animal Hospital,    580 Winters Ave,    Paramus, NJ  07652-3902
517692156    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
               TRENTON NJ 08646-0245
              (address filed with court:  State of New Jersey,    Department of Treasury,
               Division of Taxation,    Bankruptcy Unit,    PO Box 245,    Trenton, NJ 08695-0245)
517360005      Specialized Loan Services,    8742 Lucent Blvd Ste 300,    Highlands Ranch, CO  80129-2386
517360006      State of NJ-Division of Taxation,    Revenue Processing Center,    PO Box 193,
               Trenton, NJ  08646-0193
517360007      The Port Authority of NY & NJ,    Violations Processing Center,    PO Box 15186,
               Albany, NY  12212-5186
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Aug 28 2018 23:26:28     U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 28 2018 23:26:25     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
cr            +E-mail/PDF: gecsedi@recoverycorp.com Aug 28 2018 23:31:35
               Synchrony Bank c/o PRA Receivables Management, LLC,    PO BOX 41021,    Norfolk, VA 23541-1021
517359995      E-mail/Text: info@cenj.com Aug 28 2018 23:26:18     Commission Express,    PO Box 354,
               Gladstone, NJ  07934-0354
517359996      E-mail/Text: bankruptcy_notifications@ccsusa.com Aug 28 2018 23:27:08
               Credit Collection Service,    PO Box 710,    Norwood, MA  02062-0710
517359998      E-mail/Text: cio.bncmail@irs.gov Aug 28 2018 23:25:51     IRS-Centralized Insolvency Operations,
               PO Box 7346,    Philadelphia, PA  19101-7346
517364084     +E-mail/PDF: gecsedi@recoverycorp.com Aug 28 2018 23:31:59     Synchrony Bank,
               c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517515535     +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 28 2018 23:32:38     Verizon,
               by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                               TOTAL: 8
```

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 30, 2018                                   Signature:   /s/Joseph Speetjens

```
District/off: 0312-2          User: admin                Page 2 of 2              Date Rcvd: Aug 28, 2018
                              Form ID: 137               Total Noticed: 25
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 27, 2018 at the address(es) listed below:

```
          Brian Gregory Hannon    on behalf of Joint Debtor Audrey Marie Darby bhannon@norgaardfirm.com,
           sferreira@norgaardfirm.com;crose@norgaardfirm.com;184grandno@gmail.com
          Brian Gregory Hannon    on behalf of Debtor Thomas Patrick Darby bhannon@norgaardfirm.com,
           sferreira@norgaardfirm.com;crose@norgaardfirm.com;184grandno@gmail.com
          Denise E. Carlon    on behalf of Creditor    FV-1, Inc. in trust for Morgan Stanley Mortgage
           Capital Holdings LLC dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Kevin Gordon McDonald    on behalf of Creditor    FV-1, Inc. in trust for Morgan Stanley Mortgage
           Capital Holdings LLC kmcdonald@blankrome.com,   bkgroup@kmllawgroup.com
          Kevin Gordon McDonald    on behalf of Creditor    PROF-2013-S3 Legal Title Trust IV, by U.S. Bank
           National Association, as Legal Title Trustee kmcdonald@blankrome.com,   bkgroup@kmllawgroup.com
          Marie-Ann   Greenberg    magecf@magtrustee.com
          Melissa N. Licker    on behalf of Creditor    Fay Servicing, LLC, as servicer for PROF-2013-S3
           Legal Title Trust IV, by U.S. Bank National Association, as Legal Title Trustee
           NJ_ECF_Notices@McCalla.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 8
```