**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                Case No.: 18−13919−RG
                Chapter: 13
                Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Thomas Patrick Darby                   Audrey Marie Darby
   232 Doremus Avenue                    232 Doremus Avenue
   Ridgewood, NJ 07450−4242          Ridgewood, NJ 07450−4242

Social Security No.:
   xxx−xx−4406                            xxx−xx−4909

Employer's Tax I.D. No.:

**Notice of Filing of Proof of Claim Pursuant to Fed.R.Bank.P. 3004**

     Please be advised that Thomas and Audrey Darby the Debtors in the above captioned case filed a proof of claim on behalf of the following creditor(s) on 12/3/18.

Chase Auto Finance

Dated: December 4, 2018
JAN: lc

                                                          Jeanne Naughton
                                                          Clerk

United States Bankruptcy Court
District of New Jersey

In re:
Thomas Patrick Darby
Audrey Marie Darby
    Debtors

Case No. 18-13919-RG
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Dec 04, 2018
                    Form ID: 226    Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 06, 2018.
db/jdb        Thomas Patrick Darby,   Audrey Marie Darby,   232 Doremus Avenue,   Ridgewood, NJ 07450-4242
517359994      Chase Auto Finance,   PO Box 901003,   Fort Worth, TX 76101-2003

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 04 2018 22:54:57     United States Trustee,
          Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
          Newark, NJ 07102-5235
                                                                                                                               TOTAL: 1

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 06, 2018                                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 4, 2018 at the address(es) listed below:
          Brian Gregory Hannon   on behalf of Debtor Thomas Patrick Darby bhannon@norgaardfirm.com,
           sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com
          Brian Gregory Hannon   on behalf of Joint Debtor Audrey Marie Darby bhannon@norgaardfirm.com,
           sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com
          Denise E. Carlon   on behalf of Creditor   FV-1, Inc. in trust for Morgan Stanley Mortgage
           Capital Holdings LLC dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Kevin Gordon McDonald   on behalf of Creditor   FV-1, Inc. in trust for Morgan Stanley Mortgage
           Capital Holdings LLC kmcdonald@blankrome.com,   bkgroup@kmllawgroup.com
          Kevin Gordon McDonald   on behalf of Creditor   PROF-2013-S3 Legal Title Trust IV, by U.S. Bank
           National Association, as Legal Title Trustee kmcdonald@blankrome.com,   bkgroup@kmllawgroup.com
          Marie-Ann Greenberg   magecf@magtrustee.com
          Melissa N. Licker   on behalf of Creditor   Fay Servicing, LLC, as servicer for PROF-2013-S3
           Legal Title Trust IV, by U.S. Bank National Association, as Legal Title Trustee
           NJ_ECF_Notices@McCalla.com
          Phillip Andrew Raymond   on behalf of Creditor   PROF-2013-S3 Legal Title Trust IV, by U.S. Bank
           National Association, as Legal Title Trustee phillip.raymond@mccalla.com
          U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                                          TOTAL: 9