Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 18−13919−RG
        Chapter: 13
        Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Thomas Patrick Darby                        Audrey Marie Darby
   232 Doremus Avenue                       232 Doremus Avenue
   Ridgewood, NJ 07450−4242               Ridgewood, NJ 07450−4242

Social Security No.:
   xxx−xx−4406                                  xxx−xx−4909

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 2/6/19 at 10:00 AM

to consider and act upon the following:

*67* − Certification in Opposition to Certification of Default (related document:63 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 12/31/2018. (Attachments: # 1 30 DAY DEFAULT − PROPOSED ORDER) filed by Trustee Marie−Ann Greenberg) filed by Brian Gregory Hannon on behalf of Audrey Marie Darby, Thomas Patrick Darby. (Hannon, Brian)

Dated: 12/26/18

                                              Jeanne Naughton
                                              Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
Thomas Patrick Darby  
Audrey Marie Darby  
    Debtors

Case No. 18-13919-RG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin    Page 1 of 1    Date Rcvd: Dec 26, 2018  
                  Form ID: ntchrgbk    Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 28, 2018.
```
db/jdb         Thomas Patrick Darby,    Audrey Marie Darby,    232 Doremus Avenue,    Ridgewood, NJ  07450-4242
cr            +Fay Servicing, LLC, as servicer for PROF-2013-S3 L,    McCalla Raymer Leibert Pierce, LLC,
               99 Wood Avenue South, Suite 803,    Iselin, NJ 08830-2713
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr            +E-mail/PDF: gecsedi@recoverycorp.com Dec 27 2018 00:33:57
               Synchrony Bank c/o PRA Receivables Management, LLC,    PO BOX 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 1
```

        ***** BYPASSED RECIPIENTS *****  
NONE.        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 28, 2018                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 26, 2018 at the address(es) listed below:
```
              Brian Gregory Hannon    on behalf of Debtor Thomas Patrick Darby bhannon@norgaardfirm.com,
               sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com
              Brian Gregory Hannon    on behalf of Joint Debtor Audrey Marie Darby bhannon@norgaardfirm.com,
               sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com
              Denise E. Carlon    on behalf of Creditor    FV-1, Inc. in trust for Morgan Stanley Mortgage
               Capital Holdings LLC dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Kevin Gordon McDonald    on behalf of Creditor    FV-1, Inc. in trust for Morgan Stanley Mortgage
               Capital Holdings LLC kmcdonald@blankrome.com,    bkgroup@kmllawgroup.com
              Kevin Gordon McDonald    on behalf of Creditor    PROF-2013-S3 Legal Title Trust IV, by U.S. Bank
               National Association, as Legal Title Trustee kmcdonald@blankrome.com,    bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Melissa N. Licker    on behalf of Creditor    Fay Servicing, LLC, as servicer for PROF-2013-S3
               Legal Title Trust IV, by U.S. Bank National Association, as Legal Title Trustee
               NJ_ECF_Notices@McCalla.com
              Phillip Andrew Raymond    on behalf of Creditor    PROF-2013-S3 Legal Title Trust IV, by U.S. Bank
               National Association, as Legal Title Trustee phillip.raymond@mccalla.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 9
```