Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                      Case No.: 18−13919−RG
                      Chapter: 13
                      Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Thomas Patrick Darby                         Audrey Marie Darby
   232 Doremus Avenue                          232 Doremus Avenue
   Ridgewood, NJ 07450−4242              Ridgewood, NJ 07450−4242

Social Security No.:
   xxx−xx−4406                                    xxx−xx−4909

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
    Debtor and Joint Debtor was entered on February 13, 2019.

    Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: February 15, 2019
JAN: slm

                                                                   Jeanne Naughton
                                                                    Clerk

United States Bankruptcy Court
District of New Jersey

In re:
Thomas Patrick Darby
Audrey Marie Darby
    Debtors

Case No. 18-13919-RG
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 2     Date Rcvd: Feb 15, 2019
                           Form ID: 148     Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 17, 2019.

```
db/jdb          Thomas Patrick Darby,    Audrey Marie Darby,    232 Doremus Avenue,    Ridgewood, NJ   07450-4242
cr             +Fay Servicing, LLC, as servicer for PROF-2013-S3 L,    McCalla Raymer Leibert Pierce, LLC,
                 99 Wood Avenue South, Suite 803,    Iselin, NJ 08830-2713
518000219      +1900 Capital Trust II, BY U.S. BANK TRUST NATIONAL,    P.O. Box 10826,
                 Greenville, SC 29603-0826
518000220      +1900 Capital Trust II, BY U.S. BANK TRUST NATIONAL,    P.O. Box 10826,
                 Greenville, SC   29603-0675,    1900 Capital Trust II, BY U.S. BANK TRUS,    P.O. Box 10826,
                 Greenville, SC   29603-0826
517359993       ACN Communications,    1000 Progress Pl,    Concord, NC   28025-2449
517359994       Chase Auto Finance,    PO Box 901003,    Fort Worth, TX   76101-2003
517379774      +FV-I, Inc. Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
517359997       Fay Servicing, LLC,    440 S La Salle St Ste 2000,    Chicago, IL   60605-5011
517492822      +Fay Servicing, LLC,    Bankruptcy Department,    3000 Kellway Dr., Ste 150,
                 Carrollton, TX 75006-3357
517359999       Lynette Joy Goodman,    33-11 Broadway Ste 206,    Fair Lawn, NJ   07410-4638
517360000       Milstead & Assoc.,    1 E Stow Rd,    Marlton, NJ   08053-3118
517360002       NJ E-ZPass Violations Processing Center,    PO Box 4971,    Trenton, NJ   08650-4971
517360003       NY E-ZPass Violation Processing Unit,    PO Box 15186,    Albany, NY   12212-5186
517360001       New Liberty Loans Pawn Shop,    67 W 47th St,    New York, NY   10036-8296
517360004       Oradell Animal Hospital,    580 Winters Ave,    Paramus, NJ   07652-3902
517692156     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court: State of New Jersey,    Department of Treasury,
                 Division of Taxation,    Bankruptcy Unit,    PO Box 245,    Trenton, NJ 08695-0245)
517360005       Specialized Loan Services,    8742 Lucent Blvd Ste 300,    Highlands Ranch, CO   80129-2386
517360006       State of NJ-Division of Taxation,    Revenue Processing Center,    PO Box 193,
                 Trenton, NJ   08646-0193
517360007       The Port Authority of NY & NJ,    Violations Processing Center,    PO Box 15186,
                 Albany, NY   12212-5186
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Feb 16 2019 00:22:45      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ   07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 16 2019 00:22:43      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr             +EDI: RMSC.COM Feb 16 2019 05:08:00      Synchrony Bank c/o PRA Receivables Management, LLC,
                 PO BOX 41021,    Norfolk, VA 23541-1021
517359995       E-mail/Text: info@cenj.com Feb 16 2019 00:22:39      Commission Express,    PO Box 354,
                 Gladstone, NJ   07934-0354
517359996       EDI: CCS.COM Feb 16 2019 05:13:00      Credit Collection Service,    PO Box 710,
                 Norwood, MA   02062-0710
517359998       EDI: IRS.COM Feb 16 2019 05:08:00      IRS-Centralized Insolvency Operations,    PO Box 7346,
                 Philadelphia, PA   19101-7346
517364084      +EDI: RMSC.COM Feb 16 2019 05:08:00      Synchrony Bank,   c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
517515535      +EDI: AIS.COM Feb 16 2019 05:13:00      Verizon,   by American InfoSource LP as agent,
                 4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 8
```

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 17, 2019                              Signature:  /s/Joseph Speetjens

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Feb 15, 2019
                              Form ID: 148             Total Noticed: 27
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 15, 2019 at the address(es) listed below:
```
              Brian Gregory Hannon    on behalf of Joint Debtor Audrey Marie Darby bhannon@norgaardfirm.com,
               sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com
              Brian Gregory Hannon    on behalf of Debtor Thomas Patrick Darby bhannon@norgaardfirm.com,
               sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com
              Denise E. Carlon    on behalf of Creditor    FV-1, Inc. in trust for Morgan Stanley Mortgage
               Capital Holdings LLC dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Kevin Gordon McDonald    on behalf of Creditor    FV-1, Inc. in trust for Morgan Stanley Mortgage
               Capital Holdings LLC kmcdonald@blankrome.com,   bkgroup@kmllawgroup.com
              Kevin Gordon McDonald    on behalf of Creditor    PROF-2013-S3 Legal Title Trust IV, by U.S. Bank
               National Association, as Legal Title Trustee kmcdonald@blankrome.com,    bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Melissa N. Licker    on behalf of Creditor    PROF-2013-S3 Legal Title Trust IV, by U.S. Bank
               National Association, as Legal Title Trustee NJ_ECF_Notices@McCalla.com
              Melissa N. Licker    on behalf of Creditor    Fay Servicing, LLC, as servicer for PROF-2013-S3
               Legal Title Trust IV, by U.S. Bank National Association, as Legal Title Trustee
               NJ_ECF_Notices@McCalla.com
              Phillip Andrew Raymond    on behalf of Creditor    PROF-2013-S3 Legal Title Trust IV, by U.S. Bank
               National Association, as Legal Title Trustee phillip.raymond@mccalla.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 10
```