Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−13919−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| Thomas Patrick Darby | Audrey Marie Darby |
| 232 Doremus Avenue | 232 Doremus Avenue |
| Ridgewood, NJ 07450−4242 | Ridgewood, NJ 07450−4242 |

Social Security No.:
 xxx−xx−4406                                                                 xxx−xx−4909

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Marie−Ann Greenberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: March 28, 2019            Rosemary Gambardella
                                 Judge, United States Bankruptcy Court